UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
NOV 0 1 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | NO: DR:17-CR-00976(1)-AM |
| | § | |
| (1) IRENE ARVISO MORENO | § | |

## ORDER REVOKING SUPERVISED RELEASE
## AND RE-SENTENCING DEFENDANT

On **October 24, 2018**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **July 26, 2018**. The defendant, **(1) IRENE ARVISO MORENO**, appeared with his attorney **Robert Garza**, and the government appeared by Assistant United States Attorney, **Paul Harle**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on October 24, 2018, that the defendant has violated the terms of supervised release as alleged in the said petition. Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **April 12, 2018**, as set out in the judgment entered on **April 20, 2018**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) IRENE ARVISO MORENO** be

committed to the custody of the U.S. Bureau of Prisons for a term of **Seven (7) months**, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served from August 1, 2018, forward.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **Three (3) years,** pursuant to 18 U.S.C. § 3583(a) & (b)(2). While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court on November 28, 2016. In addition, it is ordered by the Court that the defendant shall comply with the following special conditions.

The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program shall include testing and examination during and after the program completion to determine if the defendant has reverted to the use of drugs or alcohol. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). The defendant must pay the costs of such treatment based on the defendant's ability to pay.

The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the instructions on the prescription.

The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing if financially able.

The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise

use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

The defendant shall obtain a General Equivalency Diploma while incarcerated or under terms of Supervised Release.

The fine and special assessment monthly payment is now $40.00 per month. First payment due no earlier than 60 days after release from imprisonment.

The Court recommends that the defendant be incarcerated as close to San Antonio, Texas, as possible.

SIGNED on this **1st day of November, 2018**.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE


## RETURN

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal